THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GABRIEL MADISON,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-00428-CG-C |
| **WARDEN JERRY FERRELL, et al.,** | : |
| Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice** as to Alabama Department of Corrections Defendants Jerry Ferrell, Walter Myers, Tony Patterson, Jeffrey Knox, Wayne Gray, James Dunn, and Donal Campbell**;** and it is further **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice** as to inmate Defendant George Zeigler.

**DONE and ORDERED** this 2nd day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE