THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GABRIEL MADISON, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 05-00428-CG-C |
| WARDEN JERRY FERRELL, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice** as to Alabama Department of Corrections Defendants Jerry Ferrell, Walter Myers, Tony Patterson, Jeffrey Knox, Wayne Gray, James Dunn, and Donal Campbell**;** and is hereby **DISMISSED without prejudice** as to inmate Defendant George Zeigler.

**DONE and ORDERED** this 2nd day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE